IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS, ex rel. SHATISH PATEL, M.D., HEMALATHA VIJAYNA, M.D., and WOLLEY OLADUT, M.D., <br><br>*Plaintiffs*, <br><br>V. <br><br>CATHOLIC HEALTH INITIATIVES, ST. LUKE'S HEALTH SYSTEM CORPORATION, ST. LUKE'S COMMUNITY DEVELOPMENT CORPORATION – SUGAR LAND, DAVID FINE, DAVID KOONTZ, and STEPHEN PICKETT, <br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:17-CV-01817 |

## DEFENDANTS MOTION TO DISMISS RELATORS' ORIGINAL COMPLAINT

Defendants Catholic Health Initiatives, St. Luke's Health System Corporation, St. Luke's Community Development Corporation – Sugar Land, David Fine, David Koontz, and Stephen Pickett (collectively "Defendants") respectfully move the Court to dismiss Relators' Original Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted and Federal Rule of Civil Procedure 9(b) for failure to allege fraud with the requisite particularity. In support of this motion, Defendants submit a memorandum and include a proposed order.

60896336.1

Dated: October 31, 2017.    Respectfully submitted,

**POLSINELLI PC**

By: */s/ Mark S. Armstrong*
    P. John Brady (Attorney-In-Charge)
    Missouri State Bar No. 30183
    Federal ID No. 2818866
    Andrew J. Ennis
    Missouri State Bar No.57713
    (admission pending)
    900 W. 48th Place, Suite 900
    Kansas City, MO 64112
    (816) 374-0515 (Direct)
    (816) 817-0108 (Fax)
    JBrady@polsinelli.com
    AEnnis@polsinelli.com

    Mark S. Armstrong
    Texas State Bar No. 01321900
    Federal ID No. 219390
    1000 Louisiana Street
    Fifty-Third Floor
    Houston, Texas 77002
    (713) 374-1660 (Direct)
    (713) 374-1601 (Fax)
    MArmstrong@polsinelli.com

    Asher D. Funk
    Illinois State Bar No. 6295022
    (admission pending)
    150 N. Riverside Plaza, Suite 3000
    (312) 873-3635 (Direct)
    (312) 602-3919 (Fax)
    Afunk@polsinelli.com

    **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October, 2017, a true and correct copy of the foregoing was electronically served on counsel for all parties properly registered to receive notice via the Court's CM/ECF system.

                                         */s/ Mark S. Armstrong*
                                         Mark S. Armstrong