IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS, ex rel. SHATISH PATEL, M.D., HEMALATHA VIJAYAN, M.D., and WOLLEY OLADUT, M.D., <br><br>*Plaintiffs,*<br><br>vs.<br><br>CATHOLIC HEALTH INITIATIVES, ST. LUKE'S HEALTH SYSTEM CORPORATION, ST. LUKE'S COMMUNITY DEVELOPMENT CORPORATION – SUGAR LAND, DAVID FINE, DAVID KOONTZ, and STEPHEN PICKETT,<br><br>*Defendants.* | CIVIL ACTION NO. 4:17-CV-01817 |

### RELATORS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS RELATORS' ORIGINAL COMPLAINT

Relators Shatish Patel, M.D., Hemalatha Vijayan, M.D., and Wolley Oladut, M.D. hereby ask the Court to deny Defendants' Motion to Dismiss Relators' Original Complaint (Dkt. 18.), or if the Court dismisses one or more claim asserted in the Complaint, to give Relators leave to amend. In support of their opposition to Defendants' Motion to Dismiss, Relators submit a memorandum of law, a proposed order, and an appendix of legal authorities as per this Court's procedures.

Dated: November 21, 2017

        Respectfully submitted,

        */s/ Hiren P. Patel*
        Hiren P. Patel
        Southern District ID No. 608956
        Texas Bar No. 24056098
        1113 Vine Street, Suite 230
        Houston, Texas 77002
        Telephone: (713) 579-9700
        Facsimile: (832) 460-6530
        Email: hpatel@patelervin.com

        ***Attorney-in-Charge for Relators***

## CERTIFICATE OF SERVICE

I certify that on November 21, 2017, a true and correct copy of this document was electronically served via the Court's CM/ECF system to counsel for all parties properly registered with the Court's CM/ECF system.

        */s/ Hiren P. Patel*
        Hiren P. Patel