IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS, ex rel. SHATISH PATEL, M.D., HEMALATHA VIJAYAN, M.D., and WOLLEY OLADUT, M.D., | § § § § § § | |
| *Plaintiffs,* | § § | |
| vs. | § § | CIVIL ACTION NO. 4:17-CV-01817 |
| CATHOLIC HEALTH INITIATIVES, ST. LUKE'S HEALTH SYSTEM CORPORATION, ST. LUKE'S COMMUNITY DEVELOPMENT CORPORATION – SUGAR LAND, DAVID FINE, DAVID KOONTZ, and STEPHEN PICKETT, | § § § § § § § § | |
| *Defendants.* | § | |

## NOTICE OF APPEAL

Notice is hereby given that Relators Shatish Patel, M.D. and Hemalatha Vijayan, M.D. hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment signed on June 4, 2018 and entered in this action on June 5, 2018. (Docket Entry No. 35.)

Dated: June 15, 2018

                                      Respectfully submitted,

                                      */s/ Hiren P. Patel*
                                    Hiren P. Patel
                                    Southern District ID No. 608956
                                    Texas Bar No. 24056098
                                    2929 Allen Parkway, Suite 200
                                    Houston, Texas 77019
                                    Telephone: (713) 579-9700
                                    Facsimile: (832) 460-6530
                                    Email:  hpatel@patelervin.com

                                    ***Attorney-in-Charge for Relators***

## CERTIFICATE OF SERVICE

      I certify that on June 15, 2018, a true and correct copy of this document was electronically served via the Court's CM/ECF system to counsel for all parties properly registered with the Court's CM/ECF system.

                                      */s/ Hiren P. Patel*
                                      Hiren P. Patel